IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| SHARI CHASE | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.8:21-cv-2755PWG |
| | : | |
| UNITED BIOLOGICS, LLC | : | |
| D/B/A/ UNITED ALLERGY SERVICES | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismissed this case with prejudice, with each party to bear its own costs.

Dated: October 26, 2022                    Respectfully Submitted,

/s/Neil S. Hyman
Neil S. Hyman, Esquire
MD Bar No. 15158
Law Office of Neil S. Hyman, LLC
4520 East West Highway, Suite 700
Bethesda, Maryland 20814
301-841-7105 (p)
301-986-1301 (f)
neil@neilhymanlaw.com
*Counsel for Plaintiff*

SO ORDERED: October 26, 2022                    /S/
Paul W. Grimm
UNITED STATES DISTRICT JUDGE